WILLIAM R. HART, Respondent, *v.* GEORGE M. BOWMAN et al.,
Appellants.
SAME, Respondent, *v.* SAME, Appellants.

(Submitted April 10, 1888; decided April 17, 1888.)

APPEALS from orders of the General Term of the Supreme Court in the fifth judicial department, made February 11, 1887, which affirmed orders of Special Term adjudging Henry Johnson and Maria N. Johnson guilty of contempt in proceedings supplementary to execution on a judgment in favor of plaintiff.

*John H. Camp* for appellants.

*S. B. McIntyre* for respondent.

Agree to dismiss appeals on the ground that the orders of General Term are not final; no opinion.
All concur.
Appeals dismissed.